NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROD HOWER, DOC #C00901,    )
    )
       Appellant,    )
    )
v.    )
    )    Case No. 2D18-906
STATE OF FLORIDA,    )
    )
       Appellee.    )
_____)

Opinion filed November 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County, Philip J. Federico, Judge.

Rod Hower, pro se.


PER CURIAM.


       Affirmed.


KELLY, SLEET, and BADALAMENTI, JJ., Concur.